UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

MARY G. BURCHETT-BOWER and  PLAINTIFFS
CHARLES RICHARD BURCHETT

v.  CIVIL NO. 1:22-cv-56-GNS

MARTIN O'MALLEY[1],
in his Official Capacity as Commissioner,
Social Security Administration  DEFENDANT

## AGREED ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiffs, Mary Burchett-Bower and Charles Richard Burchett, and Defendant, Martin O'Malley, Commissioner, Social Security Administration ("the Agency"), hereby stipulate to the dismissal of this action and all claims asserted on the following terms:

1. For all fee determinations identified in the complaint, the Agency shall redetermine the authorized fee amount using the provisions of the Social Security Administration's regulations at 20 C.F.R. § 404.1725 *et seq.* (Title II) and / or 20 C.F.R. § 416.1525 et seq (Title XVI). The redeterminations, and any requests for administrative review thereof, shall be conducted by fee adjudicators (and reviewers) different from those who rendered the fee determinations challenged in the civil action. The Parties have agreed to settle their disputes as to all 12 fee determinations at issue in order to resolve the

---

[1] Under Fed. R. Civ. P. 25(d), Commissioner O'Malley, who succeeded Acting Commissioner Kijakazi in December 2023, is automatically substituted as Defendant.

entire civil action without further litigation. In settling these matters, the Parties do not concede the validity of the allegations or defenses raised by each of the Parties as to each of the 12 fee determinations at issue. The Agency shall designate and furnish contact information to the Plaintiffs of a single individual who will coordinate and facilitate all of the fee determinations with whom they may communicate, furnish, and receive information relative to the redetermination process of each of the individual claims.

2. The Parties seek a dismissal that is with prejudice to the specific fee determinations identified in Plaintiffs' complaint. However, Plaintiffs may bring a civil action challenging the new fee determinations that will be issued, to the same extent that Plaintiffs could bring a civil action regarding any other fee determination issued by the agency.

3. Defendant will pay costs to Plaintiffs in the amount of $422.25.

4. Each party will bear their own attorneys' fees.

Greg N. Stivers, Chief Judge
United States District Court

February 16, 2024

**HAVE SEEN AND AGREED: February 16, 2024:**

| | |
|---|---|
| /s/ *Mary G. Burchett Bower (with permission)* <br><br> /s/ *C. Richard Burchett (with permission)* <br> Mary G. Burchett-Bower <br> Charles Richard Burchett <br> BURCHETT LAW FIRM <br> 107 North Public Square <br> Glasgow, Kentucky 42141 <br> (270) 651-3131 <br> burchettlawfirm@glasgow-ky.com <br> *Attorneys at Law, Pro se* | MICHAEL A. BENNETT <br> United States Attorney, <br> Western District of Kentucky <br><br> /s/ *Timothy D. Thompson* <br> Timothy D. Thompson <br> Assistant United States Attorney <br> 717 West Broadway <br> Louisville, Kentucky 40202 <br> Phone: (502) 582-6238 <br> Timothy.thompson@usdoj.gov <br> Western District of Kentucky <br> *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2024, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which automatically provides notice of filing to all parties.

I further certify that on February 16, 2024, I mailed to the address below via U.S. Postal Service first class mail the foregoing motion and proposed order.

Mary G. Burchett-Bower
Charles Richard Burchett
107 N. Public Square
Glasgow, KY 42141

/s/ *Timothy D. Thompson*
Timothy D. Thompson
Assistant United States Attorney